**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTIRCT OF MISSISSIPPI**
**DELTA DIVISION**

**JOYCE PORTER, MOTHER**
**AND NEXT FRIEND OF JUSTIN PORTER**
**PLAINTIFF**

v.                                                             CIVIL ACTION NO. 2:04CV124-P-B

**SHOE SHOW, INC. d/b/a**
**THE SHOE DEPARTMENT and KEVIN BROOME**
**DEFENDANTS**

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

The Court, having been advised by counsel for Plaintiff and Defendants that Plaintiff Joyce Porter wishes to dismiss her individual claims against Defendants with prejudice, hereby orders and adjudges, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the individual claims of Plaintiff Joyce Porter against all Defendants are dismissed with prejudice, with each party to bear its own costs.

Additionally, the Court, having been advised that Justin Porter has reached the age of majority, hereby orders the dismissal with prejudice of Joyce Porter as representative and next friend of Justin Porter and orders that the matter shall proceed in the name of Justin Porter as Plaintiff.

ORDERED AND ADJUDGED, this the 12th day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Robert Tyner  (with permission)
ROBERT TYNER
ATTORNEY FOR PLAINTIFF


/s/ Kimberly Sands Coggin
KIMBERLY SANDS COGGIN (MB#99855)
ATTORNEY FOR DEFENDANTS