**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTIRCT OF MISSISSIPPI**
**DELTA DIVISION**

**JUSTIN PORTER,**                                                                    **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 2:04CV124-P-B**

**SHOE SHOW, INC. d/b/a**
**THE SHOE DEPARTMENT and KEVIN BROOME**          **DEFENDANTS**

**AGREED FINAL JUDGMENT**
**OF DISMISSAL WITH PREJUDICE**

CAME BEFORE THE COURT, the joint *ore tenus* motion of all the Parties to this Action, for entry of this Agreed Final Judgment of Dismissal with Prejudice. The Parties have represented to the Court that they have compromised and settled all of Plaintiff's claims in this suit to their respective satisfaction. Accordingly, this Court finds that the motion for entry of a judgment of dismissal with prejudice is well-taken.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1) All of Plaintiff's claims which were asserted, or which could have been asserted, in this Action are dismissed with prejudice;

(2) This Court maintains jurisdiction over this matter for the sole purpose of enforcing the settlement agreement between the Parties, which is hereby incorporated by reference; and

(3) Each Party shall bear his, her or its own costs, expenses and attorneys' fees; Defendant Shoe Show shall pay costs of mediation.

1

SO ORDERED, this the 12th day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE


AGREED:


/s/ Kimberly S. Coggin
KIMBERLY SANDS COGGIN (MB#99855)
COUNSEL FOR DEFENDANTS


/s/ Robert Tyner  (with permission)
ROBERT TYNER
COUNSEL FOR PLAINTIFF